# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVYN DELAYNE MACK, | NO. CV 09-6281 JST (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 25, 2011.

JOSEPHINE STATON TUCKER
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE
